■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADAM BENNEFIELD, Appellant. (Appeal No. 1.) [971 NYS2d 717]— Appeal from a resentence of the Supreme Court, Erie County (Penny M. Wolfgang, J.), rendered May 27, 2009. Defendant was resentenced upon his conviction of attempted kidnapping in the second degree (two counts).

It is hereby ordered that said appeal is unanimously dismissed.

Same memorandum as in *People v Bennefield* (109 AD3d 1152 [2013]). Present—Scudder, P.J., Centra, Lindley and Whalen, JJ.